JS - 6
**FILED: 12/13/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *John Hackleman, et al.* | CASE NO. CV 12-6064-GHK (RZx) |
| **Plaintiffs,** | JUDGMENT |
| v. | |
| *Provident Funding Associates, LP, et al.* | |
| **Defendants.** | |

Pursuant to the Court's December 13, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs John and Julia Hackleman's ("Plaintiffs") claims against Defendants Provident Funding Associates, L.P., Federal Home Loan Mortgage Corporation, Mortgage Electronic Registration Systems, Inc., and Robert J. Hopp & Associates, LLC are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: December 13, 2012

_____
GEORGE H. KING
Chief United States District Judge